WILLIAM F. WALSH, for Himself and All Others Similarly Situated, Appellant, v. ATLAS CORPORATION (Sued Herein as THE ATLAS CORPORATION) and Others, Respondents. SADYE F. BAYER and ISIDOR FISCHMAN, Intervening Petitioners, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondents Sadye F. Bayer and Isidor Fischman. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM STEINHAUSER, Respondent, v. LILLIAN STEINHAUSER, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELISE ELAINE WEISBECKER, Respondent, v. CHARLES WEISBECKER, Appellant. — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and deny the motions.

MARTHA CHASE, Respondent, v. TUDOR CITY TWELFTH UNIT, INC., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HERBERT CONDON and Others, Petitioners, Respondents, for an Order under Article 78 C. P. A. against JOHN E. CONNELLY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PLAZA OPERATING COMPANY, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor, etc., of SUSAN DANNAT GRIFFITH, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of HENRIETTA SCHROEDER, an Alleged Incompetent Person. HARRY SCHROEDER, Petitioner, Respondent; FREDERICK WILLIAM SCHROEDER, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACOB GROSSMAN, Respondent, v. ROSE GROSSMAN, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORRIS H. SIEGEL and Another, etc., Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY and Another, Respondents.— Order, so far as appealed from, unanimously modified to the extent of denying the motion to vacate plaintiff's notice to produce as to items 1, 2, 3, 4, 5, 6, 8 to the extent that the statements are documentary, items 10 and 13 to the extent that the communications are documentary, and items 15, 16 and 27, and, as so modified, affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.